IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civ. No.: 1:19-cv-01444 GLR |
| | ) |
| 0.12 ACRES OF LAND, MORE OR LESS, IN WASHINGTON COUNTY, MARYLAND; STATE OF MARYLAND, DEPARTMENT OF NATURAL RESOURCES, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF COLUMBIA GAS TRANSMISSION, LLC'S
MOTION TO STRIKE DEFENDANT'S MOTION TO DISMISS**

Plaintiff Columbia Gas Transmission, LLC ("Columbia"), pursuant to Federal Rule of Civil Procedure 71.1(e)(3), moves to strike Defendant State of Maryland, Department of Natural Resources' ("MDNR") Motion to Dismiss (ECF No. 29) (the "Motion"). Pursuant to Rule 71.1's plain language – as well as abundant case law in the Fourth Circuit and elsewhere applying that language – MDNR's Motion is impermissible and should be stricken.

Contemporaneously herewith, Columbia has filed a Memorandum in Support of its Motion to Strike Defendant's Motion to Dismiss, which is incorporated by reference as if fully set forth herein, along with a Proposed Order.

WHEREFORE, Plaintiff Columbia Gas Transmission, LLC prays that this Court: (i) enter an order striking MDNR's Motion to Dismiss; (ii) or, in the alternative, issue an order denying MDNR's Motion to Dismiss for the reasons set forth in Columbia's Reply in Support of its Motion for an Order of Condemnation and for Preliminary Injunction, which is incorporated by reference as if fully set forth herein; and (iii) grant Columbia such other and further relief as the Court deems just and proper.

Dated: July 8, 2019                                  Respectfully submitted,

                                               By:      /s/
                                               Arnold M. Weiner (MD Bar No. 01605)
                                               Alan M. Rifkin (MD Bar No. 11562)
                                               Barry L. Gogel (MD Bar No. 25495)
                                               Rifkin Weiner Livingston, LLC
                                               225 Duke of Gloucester Street
                                               Annapolis, Maryland 21401
                                               T:  410.269.5066
                                               F:  410.269.1235
                                               aweiner@rwllaw.com
                                               arifkin@rwllaw.com
                                               bgogel@rwllaw.com

                                               John Haug (admitted pro hac vice)
                                               David Fedder (admitted pro hac vice)
                                               Michael Harriss (admitted pro hac vice)
                                               Dentons US LLP
                                               211 N. Broadway Suite 3000
                                               St. Louis, MO 63102
                                               T:  314.259.1800
                                               F:  314.259.5959
                                               john.haug@dentons.com
                                               david.fedder@dentons.com
                                               michael.harriss@dentons.com

                            *Attorneys for Plaintiff Columbia Gas Transmission, LLC*

112690633

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on this 8th day of July, 2019, the foregoing was served by CM/ECF on all registered CMF users.

/s/
Arnold M. Weiner